THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH RIORDAN and CHARLES McGALE, Appellants.

Argued February 25, 1942; decided April 23, 1942.

*Gerald Fitzgerald, Harry Geist* and *Joseph F. Kosman* for Joseph Riordan, appellant.

*Charles Blank* and *Charles J. Wallace* for Charles McGale, appellant.

*Elbert T. Gallagher,* District Attorney (*John J. Dillon, Joseph F. Gagliardi* and *Samuel Y. Austin, Jr.,* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.